IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 07-CV-4799–JRT–FLN |
| | ) | |
| CHARLES B. NORLEM; MIDLAND | ) | |
| MORTGAGE; LISA M. ASPELIN; STATE | ) | |
| OF MINNESOTA, MINNESOTA | ) | |
| DEPARTMENT OF REVENUE, | ) | |
| Defendants. | ) | |

MOTION FOR DEFAULT JUDGMENT
AGAINST DEFENDANT LISA ASPELIN

The United States of America moves for default judgment against defendant Lisa

Aspelin for failing to answer or otherwise defend the United States' claims as set forth in

the accompanying memorandum of law.

Dated: May 29, 2009.

Respectfully submitted,

s/Shana M. Starnes
SHANA M. STARNES
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 616-1707
Facsimile: (202) 514-6770
Shana.M.Starnes@usdoj.gov