IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No.  07-CV-4799 JRT/FLN |
| | ) | |
| CHARLES B. NORLEM; MIDLAND MORTGAGE; LISA M. ASPELIN; STATE OF MINNESOTA, MINNESOTA DEPARTMENT OF REVENUE, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE

    IT IS HEREBY CERTIFIED that service of the <u>UNITED STATES' MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT LISA ASPELIN</u> and accompanying documentation was made upon the parties by electronically filing it with the Clerk of Court using the CM/ECF service, this 29th day of March, 2009.

                                                <u>s/ Shana M. Starnes</u>
                                                SHANA M. STARNES
                                                U.S. Department of Justice
                                                Post Office Box 7238
                                                Washington, D.C.  20044
                                                Telephone: (202) 616-1707
                                                shana.m.starnes@usdoj.gov