IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES B. NORLEM; MIDLAND )<br>MORTGAGE; LISA M. ASPELIN; STATE )<br>OF MINNESOTA, MINNESOTA )<br>DEPARTMENT OF REVENUE, )<br>)<br>Defendants. ) | Civil No.  07-CV-4799 JRT/FLN |

WORD COUNT CERTIFICATION

I, Shana M. Starnes, certify that the UNITED STATES' MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT LISA ASPELIN complies with Local Rule 7.1(c).  I further certify that the above referenced memorandum contains 677 words.

Dated this 29th day of May, 2009.

Respectfully submitted,

s/ Shana M. Starnes
SHANA M. STARNES
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 616-1707
Email: shana.m.starnes@usdoj.gov

4298154.1