UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CHARLES B. NORLEM, LISA ASPELIN, STATE OF MINNESOTA, AND MINNESOTA DEPARTMENT OF REVENUE,<br>　　　　　　　　　　　Defendants, | Civil No. 07-4799 (JRT/FLN)<br><br><br>**ORDER OF REFERENCE** |

_____

Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(B),

**IT IS HEREBY ORDERED** that plaintiffs' motion for default judgment [Docket No. 68] is referred to the Honorable Franklin L. Noel, United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion upon completion of a hearing.

Parties are directed to contact Cathy Orlando, calendar clerk for Magistrate Judge Noel, to schedule a hearing on the motion.

DATED: June 5, 2009
at Minneapolis, Minnesota.

　　　　　　　　　　　　　　　　　　　　　　　s/John R. Tunheim
　　　　　　　　　　　　　　　　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge