IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 07-CV-4799–JRT–FLN |
| | ) | |
| CHARLES B. NORLEM; MIDLAND MORTGAGE; LISA M. ASPELIN; STATEOF MINNESOTA, MINNESOTA DEPARTMENT OF REVENUE, | ) ) ) ) | |
| Defendants. | ) | |

NOTICE OF MOTION FOR DEFAULT JUDGMENT
AGAINST DEFENDANT LISA ASPELIN

Please take notice that a hearing on the government's Motion for Default Judgment Against Defendant Lisa Aspelin will be held on July 24, 2009 at 11 a.m. before Magistrate Judge Franklin L. Noel.

Dated: June 23, 2009.

FRANK J. MAGILL
United States Attorney

s/Shana M. Starnes
SHANA M. STARNES
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-1707