# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 07-4799 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| CHARLES B. NORLEM, *et al.,* | |
| Defendants. | |

_____

Shana Starnes, **US DEPARTMENT OF JUSTICE, TAX DIVISION**, Post Office Box 7238, Ben Franklin Station, Washington, DC 20044-7238, for plaintiff.

Kenneth Keate, **KEATE LAW FIRM**, 1102 Grand Avenue, St. Paul, MN 55105, for defendant Norlem.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Franklin L. Noel dated August 21, 2009 [Docket No. 81]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that Plaintiff's motion for default judgment as to Lisa Aspelin [#68] is **GRANTED**.

DATED: September 15, 2009
at Minneapolis, Minnesota.

                                                s/John R. Tunheim
                                                 JOHN R. TUNHEIM
                                         United States District Judge