# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 07-4799 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| CHARLES B. NORLEM, *et al.,* | |
| Defendants. | |

_____

Shana Starnes, **US DEPARTMENT OF JUSTICE, TAX DIVISION**, Post Office Box 7238, Ben Franklin Station, Washington, DC 20044-7238, for plaintiff.

Kenneth Keate, **KEATE LAW FIRM**, 1102 Grand Avenue, St. Paul, MN 55105, for defendant Norlem.

Based upon the parties' stipulation of dismissal of the State of Minnesota [Docket No. 85], filed on September 14, 2009, and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the Complaint against the State of Minnesota is **DISMISSED WITH PREJUDICE**, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

DATED: September 15, 2009
at Minneapolis, Minnesota.

                                                                             s/John R. Tunheim
                                                                     JOHN R. TUNHEIM
                                                        United States District Judge